United States Bankruptcy Court

Southern District of Florida

In re:  
Jose Adel Gomez  
      Debtor

Case No. 21-13540-MAM  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 113C-9 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 23, 2021 | Form ID: 318 | Total Noticed: 28 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Adel Gomez, 132 Nottingham Road, West Palm Beach, FL 33411-4727 |
| cr | + | Swift Financial LLC, c/o Sapurstein & Bloch, P.A., c/o Bruce E Bloch, Esq, 9700 South Dixie Highway Suite 1000, Miami, FL 33156-2863 |
| 96150189 | + | Anner M. Gannon, Tax Collector, Orfelis M. Mayor, Esq, P.O. Box 3715, West Palm Beach, FL 33402-3715 |
| 96150190 | + | BMO Harris Bank, 111 West Monroe Street, Chicago, IL 60603-4095 |
| 96166101 | + | BMO Harris Bank N.A., PO Box 3040, Cedar Rapids, IA 52406-3040 |
| 96150191 | + | BMO Harris Bank, NA, Zimmerman, Kiser, & Sutcliffe, PA, P.O. Box 3000, Orlando, FL 32802-3000 |
| 96150192 | + | Chrysler Capital, P.O. Box 660335, Dallas, TX 75266-0335 |
| 96150193 | + | Florida Peninsula Insurance Co, Groelle & Salmon, PA, 646 94th Avenue North, Saint Petersburg, FL 33702-2408 |
| 96150194 | + | Fundbox, 6900 Dallas Parkway, Suite 700, Plano, TX 75024-7188 |
| 96150196 | + | Marlin Bank, P.O. Box 13604, Philadelphia, PA 19101-3604 |
| 96150198 | + | Pamela Wood, Ward & Damon, 4420 Beacon Circle, West Palm Beach, FL 33407-3281 |
| 96150200 | + | Peak Leasing, LLC, Thomas J. Maccari, PA, 7700 Congress Avenue, Suite 1133, Boca Raton, FL 33487-1355 |
| 96150201 | + | Seacoast National Bank, P.O. Box 9012, Stuart, FL 34995-9012 |
| 96150203 | + | Swift Financial, LLC/WebBank, Bruce Bloch, Esq, 9700 South Dixie Highway, Suite 1000, Miami, FL 33156-2863 |
| 96150204 | + | Tripp Scott PA, 110 SE 6h Street, 15th Floor, Fort Lauderdale, FL 33301-5004 |
| 96150205 | + | Tripp Scott, PA, 110 SE 6th Street, 15th Floor, Fort Lauderdale, FL 33301-5004 |
| 96150206 | + | United Auto Credit Corp, P.O. Box 660017, Dallas, TX 75266-0017 |
| 96170533 | + | Wells Fargo Vendor Financial Services, LLC, Attn.: Kimberly Park, 1010 Thomas Edison Blvd SW, Cedar Rapids, IA 52404-8247 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Jul 24 2021 01:53:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Ft Lauderdale, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jul 23 2021 21:56:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | + | EDI: AISACG.COM | Jul 24 2021 01:53:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: legalservices@pbctax.com | Jul 23 2021 21:56:00 | Palm Beach County Tax Collector, c/o Hampton Peterson, Esq., POB 3715, West Palm Beach, FL 33402-3715 |
| cr | + | EDI: RMSC.COM | Jul 24 2021 01:53:00 | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 96150188 | + | EDI: GMACFS.COM | Jul 24 2021 01:53:00 | Ally Financial, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 96150195 | + | EDI: IRS.COM | Jul 24 2021 01:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 96150199 | + | EDI: RMSC.COM | Jul 24 2021 01:53:00 | Pay Pal/Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 96150202 | + | Email/Text: bankruptcy@bbandt.com | | |

| District/off: 113C-9 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 23, 2021 | Form ID: 318 | Total Noticed: 28 |

| | | | Jul 23 2021 21:56:00 | Sheffield Financial, P.O. Box 580229, Charlotte, NC 28258-0229 |
|---|---|---|---|---|
| 96150207 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jul 23 2021 21:56:00 | Westlake Financial Services, P.O. Box 54807, Los Angeles, CA 90054-0807 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96150197 | *+ | Marlin Bank, P.O. Box 13604, Philadelphia, PA 19101-3604 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bruce E Bloch, Esq | on behalf of Creditor Swift Financial LLC general@sblawfirmfl.com  bbloch@sblawfirmfl.com |
| Hampton Peterson, Esq | on behalf of Creditor Palm Beach County Tax Collector legalservices@PBCTax.com |
| John F Longley, Esq | on behalf of Debtor Jose Adel Gomez johnflongleyatty@bellsouth.net |
| Michael R Bakst | efilemrb@gmlaw.com<br>ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jose Adel Gomez** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–9993** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Southern District of Florida** | | |
| Case number:   **21–13540–MAM** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Jose Adel Gomez**

July 23, 2021

By the court: _Mindy A Mora_

**Mindy A Mora**
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Form 318 (03/03/21)                                                                                                                                       page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**